PROB. 12
Rev. 3/88

UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 AUG -5 AM 10: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

U. S. A. vs. Sandra Cain     Docket No. 2:01CR20011-01

### Petition on Probation and Supervised Release

**COMES NOW** Nicole D. Peterson **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Sandra Cain who was placed on supervision by the Honorable Jon Phipps McCalla sitting in the Court at Memphis, TN on the 22nd day of June, 2001 who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. (Completed)

2. The defendant shall seek and maintain lawful employment.

3. The defendant shall not engage in any gambling activity, and defendant shall not travel to any destination where gambling is the dominant form of entertainment.

4. The defendant shall pay restitution in the amount of $94,998.68. (Remaining balance: $94,168.68)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Sandra Cain fits the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law. She has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. She did not work consistently due to health problems. Regardless, she has made a good faith effort to satisfy the restitution requirement, paying on the months that she was able. She has an outstanding balance of $94,168.68. Ms. Cain was recently awarded disability and has signed an agreement with the U. S. Attorney's Office to make monthly payments in the amount of $25.00. This officer spoke with Assistant U. S. Attorney Larry Laurenzi who indicated that the U. S. Attorney's Office had no position on this matter.

**PRAYING THAT THE COURT WILL ORDER** Sandra Cain be discharged from supervision with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution in this matter.

**ORDER OF COURT**

Considered and ordered this 4 day of Aug, 2005 and ordered filed and made a part of the records in the above case.

_____
Jon P. McCalla
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-5-05

**Respectfully,**

_____
Nicole D. Peterson
United States Probation Officer

Place  Memphis, Tennessee

Date  July 27, 2005

45

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:01-CR-20011 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas P Pera
COCHRAN UHLMANN ABNEY DUCK & WRIGHT
150 Court Avenue
2nd Fl.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT